# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBBIE PITTMAN, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:25-cv-3573 |
| v. | ) ) ) |
| TOOTSIE ROLL INDUSTRIES, INC., | ) ) |
| Defendant. | ) |

## AGREED MOTION TO STAY

Defendant Tootsie Roll Industries, Inc., by its undersigned counsel, respectfully moves this Court to stay all deadlines in this action for forty-five days through September 11, 2025. In support of its motion, Defendant states as follows:

1. By order dated June 25, 2025, this Court granted Defendant's agreed motion to extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint to July 28, 2025. (ECF No. 14.) The Court further directed the parties to file a joint status report by July 30, 2025, and appear for an initial status hearing on August 5, 2025.

2. Plaintiff and Defendant jointly desire to stay all deadlines in this action for forty-five days from July 28, 2025, through and including September 11, 2025.

3. The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

-2-

4. Plaintiff's counsel consented to Defendant's counsel filing this agreed motion to stay.

5. Furthermore, this Motion is filed in good faith and is not interposed for the purposes of delay.

WHEREFORE, Defendant respectfully requests that the Court stay all deadlines in this action through September 1, 2025.

Dated: July 22, 2025

Respectfully submitted,

*/s/ Joel M. Graczyk*

Joel M. Graczyk
DENTONS US LLP
233 South Wacker Dr., Suite 5900
Chicago, Illinois 60606
(312) 876-8003 - telephone
joel.graczyk@dentons.com

*Counsel for Defendant Tootsie Roll Industries, Inc.*