## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Debbie Pittman
                      Plaintiff,

v.                                              Case No.: 1:25−cv−03573
                                                         Honorable Lindsay C. Jenkins

Tootsie Roll Industries, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to stay deadlines [15] is granted. The parties have reached a settlement but need time to finalize a written settlement agreement. The July 28, 2025 responsive pleading deadline is stricken, and no initial status report need be filed by July 30, 2025. The August 5, 2025 status hearing is also stricken. The matter is dismissed without prejudice. The dismissal will automatically convert to a dismissal with prejudice on September 8, 2025 unless any party files a motion to reinstate by that date. The parties are free to file a stipulation of dismissal with prejudice earlier if they wish. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.